**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 507 MAL 2020

            Respondent           :

                                          :   Petition for Allowance of Appeal

                                          :   from the Order of the Superior Court

           v.                           :

DURON BOSTON PEOPLES,             :

            Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.